UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| QUINTIN JAMAR MAYWEATHER-BROWN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:15 CV 15 |
| | ) |
| BRAD RODGERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

Quintin Jamar Mayweather-Brown, a *pro se* prisoner, filed this complaint raising claims against five defendants related to events which occurred on March 20, 2014, after he tried to commit suicide. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotation marks and citations omitted). Nevertheless, pursuant to 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

The claims raised in this complaint arise from the same events as those Mayweather-Brown presented in his amended complaint on December 18, 2014, in *Mayweather-Brown v. Rodgers*, 3:14-CV-1846 (N.D. Ind. filed September 8, 2014). Though that case names four defendants and this one names five, to the extent that Mayweather-Brown wanted to add a defendant, he should have filed a second

amended complaint in that case. It is malicious to sue the same four defendants again for the same events.

For the foregoing reasons, this case is **DISMISSED** as malicious pursuant to 28 U.S.C. § 1915A.

**SO ORDERED.**

Date: June 1, 2015

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT